

DEH/LJW USAO#2018R00685

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. RDB-18-0509 |
| | * | |
| **CHANEL HOLLAND,** | * | (Obstructing an Official |
| | * | Proceeding, 18 U.S.C. § 1512(c)(2)) |
| **Defendant** | * | |
| | * | |

*******

## INFORMATION

The United States Attorney for the District of Maryland charges:

### COUNT 1
### (Obstructing an Official Proceeding)

From at the latest April 12, 2018 through at least June 11, 2018, in the District of Maryland and elsewhere,

**CHANEL HOLLAND,**

the defendant herein, did corruptly obstruct, influence, and impede an official proceeding, namely, an investigation of a federal grand jury empaneled by the United States District Court for the District of Maryland in Baltimore, Maryland, and any criminal proceedings resulting therefrom, in violation of 18 U.S.C. § 1512(c)(2).

18 U.S.C. § 1512(c)(2).

_Robert K. Hur_/DEH
Robert K. Hur
United States Attorney

October 4, 2018
Date